# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**United States of America**

v.

**Michel Estimable**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

**No. 22-01461MJ-001-PHX-JFM**

Maritza Heras (FPD)
Attorney for Defendant

YOB: 1988                ICE# A209394848

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/30/2022 to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Illegal Entry, a Class B Misdemeanor offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **THIRTY (30) DAYS**, with credit for time served.

**IT IS ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** NONE     **RESTITUTION:** NONE

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of Court in Phoenix, Arizona, within fourteen (14) days from the entry of judgment.

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence:  **Wednesday, March 30, 2022**

Case 2:22-mj-01461-JFM   Document 7   Filed 03/30/22   Page 2 of 2

22-01461MJ-001-PHX-JFM                                                         Page 2 of 2
USA vs. Michel Estimable

Dated this 30th day of March, 2022.

_____
Honorable James F. Metcalf
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____

_____, the institution
defendant delivered on _____ to _____ at _____
designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____    _____
United States Marshal                              By:   Deputy Marshal

22-01461MJ-001-PHX-JFM- Estimable     3/30/2022 - 4:26 PM